UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 26-1574

———————————

TAHIYAT,

      Petitioner,

   v.

TODD BLANCHE, Acting Attorney General,

      Respondent.

———————————

O R D E R

———————————

Currently pending before the court is Petitioner Tahiyat's motion for stay of removal pending our resolution of the underlying petition for review. Upon review of the motion, the response in opposition, and the relevant materials, we deny the motion for stay. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (applying traditional four-part test governing stays to motions for stay of removal).

Entered at the direction of the panel: Judge Thacker, Judge Harris, and Judge Benjamin.

                   For the Court

                   /s/ Nwamaka Anowi, Clerk